UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DALE PETTY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0332 (ESH) |
| | ) | |
| **PFIZER, INC.,** *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendants with a summons and a complaint within 120 days after the filing of the complaint, the court may dismiss the action. Nearly 120 days have passed since the filing of the complaint in this action and the court has no record that the defendants have been served with a summons and Complaint.

Accordingly, it is hereby

**ORDERED** that on or before June 24, 2006 plaintiff must either: (1) file with the court proof that the defendants have been served with a summons and complaint, or (2) provide the court with a written explanation for why service of process has not been completed. If plaintiff fails to comply with this order, or if the court determines that the plaintiff has not shown good cause for the failure to comply with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED.**

                                                                              s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: June 6, 2006