# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

DALE PETTY,                                :
                                           :
                    Plaintiff,             :
                                           :
        v.                                 :    Civil Action No. 06-0332 (ESH)
                                           :
PFIZER, INC., *et al.*,                    :
                                           :
                    Defendant.             :
_____:

## ORDER

Upon consideration of plaintiff's failure to cause process to be served upon defendants within 120 days in accordance with Fed. R. Civ. P. Rule 4(m), and its failure to comply with this Court's Order of June 6, 2006 directing that proof of service be filed by June 24, 2006, it is hereby

**ORDERED** that pursuant to Fed. R. Civ. P. Rule 41(b), plaintiff's complaint against defendants is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.


_____
            s/
ELLEN SEGAL HUVELLE
United States District Judge


Date: June 26, 2006